USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/8/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
ALANA LAMBERT, *et al.*,    :
                            :
                Plaintiffs,    :
    -against-              :    1:24-cv-8055-GHW
                            :
NEW START CAPITAL LLC, *et al.*,    :    ORDER
                            :
                Defendants.    :
-----------------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

    For the reasons stated on the record during the January 8, 2025 conference, counsel for Plaintiffs is directed to send a copy of their proposed Second Amended Complaint to counsel for Defendants by no later than Monday, January 13, 2025. The parties are then directed to meet and confer regarding whether they consent to the filing of that proposed Second Amended Complaint. The parties must then submit a joint letter by no later than Friday, January 17, 2025 stating their positions on the filing of the proposed Second Amended Complaint. The joint letter should attach the proposed Second Amended Complaint as well as a legal blackline showing changes between the Second Amended Complaint and the prior complaint.

    In addition, Defendants' request for leave to file a motion to compel arbitration and to dismiss certain claims in the Amended Complaint, Dkt. No. 33, is granted. The deadline for Defendants to file and serve their motion is February 17, 2025. Plaintiffs' opposition is due within twenty-one days after service of Defendants' motion. Defendants' reply, if any, is due within seven days after service of Defendant's opposition.

    SO ORDERED.

Dated: January 8, 2025
New York, New York

                                               GREGORY H. WOODS
                                               United States District Judge