USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/29/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
ALANA LAMBERT, *et al.*,

                      Plaintiffs,

        -against-                    1:24-cv-8055-GHW

NEW START CAPITAL LLC, *et al.*,         ORDER

                    Defendants.
-----------------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

On January 8, 2025, the Court ordered the parties to submit a joint letter stating their positions on the filing of Plaintiffs' proposed Second Amended Complaint. Dkt. No. 39. The Court later extended the deadline until January 29, 2025. Dkt. Nos. 41, 46. The parties timely submitted their joint letter on January 29, 2025. Dkt. No. 49.

Also on January 29, 2025, Plaintiffs submitted letters on behalf of two individuals that purported to "consent" to "join in a Collective Action . . . arising from Defendants' violations of law." Dkt. Nos. 47 & 48. The Court has not certified this case as a collective action.

The Court will hold a conference to discuss the submissions described in this order on February 7, 2025 at 2:00 p.m. The parties are directed to the Court's Individual Rules of Practice in Civil Cases, which are available on the Court's website. Rule 2 of the Court's Individual Rules contains the dial-in number for the conference and other relevant instructions. The parties are specifically directed to comply with Rule 2(C) of the Court's Individual Rules.

        SO ORDERED.

Dated: January 29, 2025
New York, New York

                                                GREGORY H. WOODS
                                               United States District Judge