# JacksonLewis

Jackson Lewis P.C.
666 Third Avenue
New York NY 10017-4030
(212) 545-4069 Direct
(212) 972-3213 Fax
bryn.goodman@jacksonlewis.com
jacksonlewis.com

December 2, 2025

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/2/2025
```

**VIA ECF**
The Honorable Woods
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 12C
New York, New York 10007

Re:    **Lambert et al. v. New Start Capital, LLC et al.**
       **Case No.: 1:24-cv-08055-GHW**

Dear Judge Woods:

We represent Defendants New Start Capital, LLC, Robert Russini, and Dani Adelstein (together, "Defendants") in the above-referenced matter. We write jointly with Plaintiffs to provide an update to the Court on the Parties efforts to resolve the matter. As you know, the Parties had a mediation session on November 19, 2025 with mediator Giulio Zanolla continued mediation with Mr. Zanolla on November 24, 2025. The Parties have continued discussions with the assistance of the mediator, but due to scheduling conflicts and the holiday have not yet concluded mediation.

In light of the status of the Parties' mediation, and Defendants' pending appeal from that portion of the Court's August 7, 2025 Order denying Defendants' motion to compel arbitration (Dkt. 103), pursuant to 9 U.S.C. § 16, the Parties jointly request that the Court continue to stay all deadlines in this matter until December 9, 2025 and set the deadline for Defendants to answer or otherwise respond to the second Amended Complaint for December 12, 2025.

We appreciate your attention to this matter.

Respectfully submitted,
JACKSON LEWIS P.C.

s/ *Bryn Goodman*

Bryn Goodman

cc:    All Counsel (Via ECF)

The Court thanks the parties for this update. The parties' request to continue the stay of all deadlines in this case is granted. All deadlines in this case are stayed through December 9, 2025. The parties are directed to file another joint status letter updating the Court on the status of mediation no later than December 10, 2025. The initial pretrial conference scheduled for December 16, 2025 is adjourned to February 18, 2026 at 2:00 p.m. The joint status letter and proposed case management plan described in the Court's August 25, 2025 order are due no later than February 11, 2026. The Clerk of Court is directed to terminate the motion pending at Dkt. No. 119.

SO ORDERED.
Dated:  December 2, 2025
New York, New York

_____
GREGORY H. WOODS
United States District Judge