# JacksonLewis

Jackson Lewis P.C.
666 Third Avenue
New York NY 10017-4030
(212) 545-4069 Direct
(212) 972-3213 Fax
bryn.goodman@jacksonlewis.com
jacksonlewis.com

December 10, 2025

**VIA ECF**
The Honorable Woods
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 12C
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___12/10/2025___

## MEMORANDUM ENDORSED

Re:    **Lambert et al. v. New Start Capital, LLC et al.**
**Case No.: 1:24-cv-08055-GHW**

Dear Judge Woods:

We represent Defendants New Start Capital, LLC, Robert Russini, and Dani Adelstein (together, "Defendants") in the above-referenced matter. We write jointly with Plaintiffs to provide an update to the Court on the Parties' efforts to resolve the matter and request a continued stay.

As you know, the Parties have been engaged in settlement discussions facilitated by mediator Giulio Zanolla since November 19, 2025. Due to the holidays and Mr. Zanolla's schedule the parties were not able to hold consecutive mediation sessions, but held a continued mediation on November 24, 2025, and held another session today, December 10, 2025, with informal discussions occurring between those dates. In addition, the Parties are scheduled for mediation with Kathleen Scanlon, Chief Circuit Mediator, tomorrow, December 11, 2025 at 10:30 am. The Parties expect to receive a mediator's proposal with responses due by end of day Monday. As such, we anticipate being able to report a resolution or impasse by Tuesday, December 16, 2025. Given the status, the Parties jointly and respectfully request that the Court continue to stay all deadlines, including without limitation, Defendants deadline to Answer or otherwise respond to the Second Amended Complaint, until December 16, 2025.

This request will not impact the deadline for the proposed case management plan, which is due February 11, 2025, or the date for the initial pretrial conference set for February 18, 2025.

We appreciate your attention to this matter.

Respectfully submitted,
JACKSON LEWIS P.C.

s/ *Bryn Goodman*

Bryn Goodman

cc:    All Counsel (Via ECF)

The Court thanks the parties for this update. The parties' request to continue the stay of all deadlines is granted. All deadlines are stayed through January 5, 2026. The parties are directed to file another joint letter updating the Court on the status of this case no later than January 6, 2026. The Clerk of Court is directed to terminate the motion pending at Dkt. No. 121.

SO ORDERED.
Dated: December 10, 2025
New York, New York

_____
GREGORY H. WOODS
United States District Judge