# JacksonLewis

**Jackson Lewis P.C.**
666 Third Avenue
New York NY 10017-4030
(212) 545-4069 Direct
(212) 972-3213 Fax
bryn.goodman@jacksonlewis.com
jacksonlewis.com

January 5, 2026

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #:_____
> DATE FILED: _1/5/2026_____

**VIA ECF**
The Honorable Woods
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 12C
New York, New York 10007

## MEMORANDUM ENDORSED

Re:    **Lambert et al. v. New Start Capital, LLC et al.**
**Case No.: 1:24-cv-08055-GHW**

Dear Judge Woods:

We represent Defendants New Start Capital, LLC, Robert Russini, and Dani Adelstein (together, "Defendants") in the above-referenced matter. We write jointly with Plaintiffs to provide an update and request a continued stay.

We are pleased to report that the Parties have reached an agreement in principle with the assistance of a professional mediator. Given the status, the Parties jointly and respectfully request that the Court continue to stay all deadlines, including without limitation, Defendants deadline to Answer or otherwise respond to the Second Amended Complaint, until January 17, 2026.

This request will not impact the deadline for the proposed case management plan, which is due February 11, 2026, or the date for the initial pretrial conference set for February 18, 2026.

Respectfully submitted,

JACKSON LEWIS P.C.

s/ *Bryn Goodman*

Bryn Goodman

cc:    All Counsel (Via ECF)

The Court thanks the parties for this update. The parties' request to continue the stay of all deadlines is granted. All deadlines are stayed through January 29, 2026. The parties are directed to file another joint letter updating the Court on the status of this case no later than January 30, 2026. The Clerk of Court is directed to terminate the motion pending at Dkt. No. 124.

SO ORDERED.

Dated: January 5, 2026                    _____
New York, New York                          GREGORY H. WOODS
                                            United States District Judge