# JacksonLewis

**Jackson Lewis P.C.**
666 Third Avenue
New York NY 10017-4030
(212) 545-4069 Direct
(212) 972-3213 Fax
bryn.goodman@jacksonlewis.com
jacksonlewis.com

January 30, 2026

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: __1/30/2026__

**MEMORANDUM ENDORSED**

**VIA ECF**
The Honorable Woods
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 12C
New York, New York 10007

        **Re:**    **Lambert et al. v. New Start Capital, LLC et al.**
                  **Case No.: 1:24-cv-08055-GHW**

Dear Judge Woods:

We represent Defendants New Start Capital, LLC, Robert Russini, and Dani Adelstein (together, "Defendants") in the above-referenced matter. We write jointly with Plaintiffs to provide an update to the Court on the Parties' resolution in principle and request a continued stay. As you know, the Parties reached an agreement in principle with the assistance of a professional mediator. Counsel was out of the office for the two weeks' due to the death of a family member, as such the Parties have not yet finalized the terms of their resolution and require a continued stay. Given the status, the Parties jointly and respectfully request that the Court continue to stay all deadlines, including without limitation, Defendants deadline to Answer or otherwise respond to the Second Amended Complaint, until February 10, 2026.

This request will not impact the deadline for the proposed case management plan, which is due February 11, 2026, or the date for the initial pretrial conference set for February 18, 2026.

We appreciate your attention to this matter.

Respectfully submitted,
JACKSON LEWIS P.C.

s/ *Bryn Goodman*

Bryn Goodman

cc:    All Counsel (Via ECF)

The Court thanks the parties for this update. The parties' request to continue the stay of all deadlines is granted. All deadlines are stayed through February 10, 2026. The parties are directed to file another joint letter updating the Court on the status of this case no later than February 11, 2026. The Clerk of Court is directed to terminate the motion pending at Dkt. No. 126.

SO ORDERED.
Dated: January 30, 2026
New York, New York

GREGORY H. WOODS
United States District Judge