# JacksonLewis

Jackson Lewis P.C.
666 Third Avenue
New York NY 10017-4030
(212) 545-4069 Direct
(212) 972-3213 Fax
bryn.goodman@jacksonlewis.com
jacksonlewis.com

February 11, 2026

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:   2/11/2026
```

**MEMORANDUM ENDORSED**

**VIA ECF**
The Honorable Woods
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 12C
New York, New York 10007

> Re:    **Lambert et al. v. New Start Capital, LLC et al.**
>        **Case No.: 1:24-cv-08055-GHW**

Dear Judge Woods:

We represent Defendants New Start Capital, LLC, Robert Russini, and Dani Adelstein (together, "Defendants") in the above-referenced matter. We write jointly with Plaintiffs to provide an update to the Court on the Parties' resolution in principle and request a continued stay.

The Parties are in the process of fully executing the Settlement Term Sheet. Given the status, Defendants respectfully request that the Court continue to stay all deadlines, including without limitation, Defendants deadline to Answer or otherwise respond to the Second Amended Complaint, until February 27, 2026.

The Parties also request to adjourn the deadline for the proposed case management plan, which is currently due February 11, 2026, and the date for the initial pretrial conference currently set for February 18, 2026.

We appreciate your attention to this matter.

Respectfully submitted,
JACKSON LEWIS P.C.

s/ *Bryn Goodman*

Bryn Goodman

cc:    All Counsel (Via ECF)

4905-8413-5808, v. 1

The Court thanks the parties for this update. The parties' request to continue the stay of all deadlines is granted. All deadlines are stayed through February 27, 2026. The initial pretrial conference scheduled for February 18, 2026 is adjourned to March 18, 2026 at 1:00 p.m. The joint status letter and proposed case management plan described in the Court's August 25, 2026 order are do no later than March 11, 2026. The parties are directed to file another joint status letter updating the Court on the status of this case no later than February 27, 2026. The Clerk of Court is directed to terminate the motion pending at Dkt. No. 129.

SO ORDERED.
Dated:  February 11, 2026          _____
New York, New York                    GREGORY H. WOODS
                                      United States District Judge