USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/3/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                 :

ALANA LAMBERT, *et al.*,             :
                                 :

                Plaintiffs,    :                  1:24-cv-8055-GHW
                                 :

         -against-            :                   ORDER
                                 :

NEW START CAPITAL LLC, *et al.*,   :
                                 :

              Defendants.  :
------------------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

On February 11, 2026, the Court directed the parties to submit another joint letter no later than February 27, 2026 if no stipulation of dismissal had been filed by that date. Dkt. No. 130. That document has not been submitted. Accordingly, the parties are directed to comply with the Court's February 11, 2026 order forthwith, and in no event later than March 5, 2026.

      SO ORDERED.

Dated:  March 3, 2026
New York, New York

                          _____
                                 GREGORY H. WOODS
                              United States District Judge