# JacksonLewis

**Jackson Lewis P.C.**
666 Third Avenue
New York NY 10017-4030
(212) 545-4069 Direct
(212) 972-3213 Fax
bryn.goodman@jacksonlewis.com
jacksonlewis.com

March 25, 2026

**USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/26/2026**

**MEMORANDUM ENDORSED**

**VIA ECF**
The Honorable Woods
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 12C
New York, New York 10007

Re:    **Lambert et al. v. New Start Capital, LLC et al.**
       **Case No.: 1:24-cv-08055-GHW**

Dear Judge Woods:

We represent Defendants New Start Capital, LLC, Robert Russini, and Dani Adelstein (together, "Defendants") in the above-referenced matter. We write jointly with Plaintiffs to provide an update to the Court on the Parties' resolution in principle and request a continued stay.

The Parties have fully executed a Settlement Term Sheet. The Parties are currently working on the long-form settlement agreement. Given the status, Defendants respectfully request that the Court continue to stay all deadlines, including without limitation, Defendants deadline to Answer or otherwise respond to the Second Amended Complaint, currently set for March 27, 2026 until April 27, 2026.

This request does not affect the deadline for the proposed case management plan, which is currently due May 6, 2026, and the date for the initial pretrial conference currently set for May 13, 2026.

We appreciate your attention to this matter.

Respectfully submitted,
JACKSON LEWIS P.C.

s/ *Bryn Goodman*

Bryn Goodman

cc:    All Counsel (Via ECF)

The Court thanks the parties for this update. The parties' request to continue the stay of all deadlines is granted. All deadlines are stayed through April 27, 2026. The parties are directed to file another joint letter updating the Court on the status of this case no later than April 28, 2026. The Clerk of Court is directed to terminate the motion pending at Dkt. No. 136.

SO ORDERED.
Dated: March 26, 2026
New York, New York    _____
                           GREGORY H. WOODS
                      United States District Judge