USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/26/2026

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------------x

Alana Lambert, Kimarah LeRouge, Joseph Jacobs, Omnaya Abouzaid, Matthew Jamele, and Mladen Vasic, *on behalf of themselves and all others similarly situated,*

Plaintiffs,

-against-

New Start Capital LLC, f/k/a Titan Consulting Group LLC; Robert Russini, an individual; Dani Adelstein, an individual; and Phil Stein, an individual,

Defendants.

--------------------------------------------------------------------------x

Docket No. 1:24-cv-08055 (GHW)

**JUDGMENT**

WHEREAS, Defendants New Start Capital LLC, f/k/a Titan Consulting Group LLC ("Company Defendant"), Robert Russini, Dani Adelstein, and Phil Stein (together with Company Defendant, "Defendants") served their Offer of Judgment pursuant to Federal Rule of Civil Procedure 68 upon Plaintiffs on May 5, 2026; and

WHEREAS, Plaintiffs Alana Lambert, Kimarah LeRouge, Joseph Jacobs, Omnaya Abouzaid, Matthew Jamele, Mladen Vasic, and all Opt-in Plaintiffs (collectively, "Plaintiffs"), by and through their counsel Bell Law Group, PLLC, served written notice of acceptance of Defendants' Offer of Judgment on May 19, 2026, and filed a notice of acceptance of offer of judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure ("Rule 68") within the fourteen (14) day acceptance period prescribed by Rule 68; and

WHEREAS, good cause appearing for the entry of judgment in accordance with the accepted Offer of Judgment;

**NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** as follows:

1. Plaintiffs' acceptance of Defendants' Rule 68 Offer of Judgment is approved and given effect pursuant to Rule 68(a).

2. The Clerk of Court shall enter judgment in favor of Plaintiffs Alana Lambert, Kimarah LeRouge, Joseph Jacobs, Omnaya Abouzaid, Matthew Jamele, Mladen Vasic, and all Opt-in Plaintiffs, and against Company Defendant in the total amount of Fifty Thousand Dollars and No Cents ($50,000.00).

3. The judgment amount of $50,000.00 is inclusive of all damages, liquidated damages, statutory damages, penalties, compensatory damages, punitive damages, monetary damages, losses, attorneys' fees, costs, and interest. Plaintiffs shall not be entitled to seek any additional attorneys' fees, costs, or interest on the judgment amount.

4. Payment of the judgment amount shall be made within forty-five (45) days following entry of judgment by the Court. Payment shall be made to counsel for Plaintiffs, Bell Law Group, PLLC, for appropriate distribution to Plaintiffs.

5. The judgment entered pursuant to this Order shall constitute full satisfaction and release of all claims arising under the Fair Labor Standards Act, 29 U.S.C. § 201 et seq., and any other federal law for damages or other relief arising out of the alleged acts or omissions of Defendants, including all claims asserted in this action. Acceptance of this Offer of Judgment releases and discharges Defendants, their successors and assigns, and all past and present employees, representatives, and agents of Defendants from any and all federal claims that were or could have been alleged by Plaintiffs in the above-captioned action.

6. This Order and the judgment entered pursuant hereto shall not be construed as an admission of liability by any Defendant or any of their present or former employees, representatives, or agents. Defendants expressly deny all liability.

7.    The Court retains jurisdiction solely to the extent necessary to enforce the judgment entered pursuant to this Order.

8.    The Clerk of Court is directed to close this case.

Dated: May 26, 2026
        New York, New York


**SO ORDERED.**


_____
**Judge Gregory H. Woods, U.S.D.J.**

## CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of May 2026, I caused a true and correct copy of the foregoing Proposed Order Re: Rule 68 Offer of Judgment to be served on all counsel of record via the CM/ECF System.

Dated: May 22, 2026

*Chaya M. Gourarie*
Chaya Gourarie, Esq.
Bell Law Group, PLLC
116 Jackson Avenue
Syosset, New York 11791
CG@belllg.com
*Attorneys for Plaintiffs and Opt-In Plaintiffs*